UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:18-cv-14446-ROSENBERG/MAYNARD

GREGORY MADDEN,

    Plaintiff,

v.

JUST BELIEVE RECOVERY
CENTER, LLC, *et al.*,

    Defendants.

_____/

**GRANT OF SETTLEMENT APPROVAL AND FINAL ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court upon the parties' Joint Amended Motion for Court Approval of Settlement and Dismissal With Prejudice [DE 28]. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute. It is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Amended Motion for Court Approval of Settlement and Dismissal With Prejudice [DE 28] is **GRANTED** and that this action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED AND ADJUDGED** that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 19th day of March, 2019.

                                                                     _____
                                                                     ROBIN L. ROSENBERG
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record