UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:18-CV-14446-ROSENBERG/MAYNARD

GREGORY MADDEN,

      Plaintiff,

v.

JUST BELIEVE RECOVERY
CENTER, LLC, *et al.*,

      Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION FOR ATTORNEY FEES AND COSTS

**THIS CAUSE** is before the Court upon Plaintiff's Verified Motion for an Award of Attorney's Fees and Costs [DE 30], which the Court previously referred to the Honorable Shaniek M. Maynard for a Report and Recommendation. Judge Maynard issued a Report and Recommendation in which she recommended that the Motion be granted in part and that Plaintiff be awarded $2,756.88 in attorney fees and $880 in costs. DE 33.

Plaintiff filed an Objection to the Report and Recommendation [DE 34], and Defendants filed a Response [DE 35]. The Court has conducted a *de novo* review of the entire record, including Plaintiff's Verified Motion, Judge Maynard's Report and Recommendation, Plaintiff's Objection, and Defendants' Response. The Court agrees with Judge Maynard's conclusion that an award of $2,756.88 in attorney fees and $880 in costs is fair and reasonable, given the circumstances of this case and Plaintiff's level of success. The Court finds Judge Maynard's recommendation to be well reasoned and correct and agrees with the analysis in the Report and Recommendation.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED**:

1. Magistrate Judge Maynard's Report and Recommendation [DE 33] is **ADOPTED AS THE ORDER OF THE COURT**. Plaintiff's Objection to the Report and Recommendation [DE 34] is **OVERRULED**.

2. Plaintiff's Verified Motion for an Award of Attorney's Fees and Costs [DE 30] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded $2,756.88 in attorney fees and $880 in costs from Defendants.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of July, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record